UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAKEEME ORLANDO GRIFFIN #854317,

      Petitioner,

v.                                     Case No. 2:18-CV-21

MITCH PERRY,                     HON. GORDON J. QUIST

      Respondent.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

On March 19, 2021, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court deny Petitioner's habeas corpus petition. (ECF No. 13.)   Judge Vermaat further recommended that the Court deny a certificate of appealability and that the Court not certify that an appeal would not be taken in good faith.  The Court has reviewed the R & R.  The R & R was duly served on Petitioner on March 19, 2021.   No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the March 19, 2021, Report and Recommendation (ECF No. 13) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.

A separate judgment will enter.

This case is **concluded**.

Dated: April 14, 2021

/s/ Gordon J. Quist
_____
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE